**Order entered August 26, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00090-CR

**DAVID BRIAN NEFF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82288-2018**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing to determine why appellant's brief has not been filed. On August 19, 2019, appellant filed his brief along with a motion to extend time to do the so. On August 21, 2019, a supplemental reporter's record was filed of the trial court's August 19th hearing. We **ADOPT** the trial court's findings that (1) appellant wishes to prosecute this appeal; (2) appellant, who is indigent, is represented by appointed counsel Stephanie Hudson; and (3) counsel did not abandon the appeal and filed the brief on August 19, 2019.

We **GRANT** appellant's August 19, 2019 motion for extension of time and **ORDER** appellant's brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court; Stephanie Hudson; and to the Collin County District Attorney's Office.

The State's brief is due September 26, 2019.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE